E-FILED
Friday, 18 December, 2020  05:41:48 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JEFFREY DEAN MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 19-cv-03238 |
| ANDREW SAUL, COMMISSIONER | ) |
| OF SOCIAL SECURITY | ) |
| | ) |
| Defendant. | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 18) dated November 30, 2020.  Magistrate Judge Schanzle-Haskins recommends that this Court:  (1) grant Plaintiff's Motion for Summary Reversal (d/e 11); (2) deny Defendant's Motion for Summary Affirmance (d/e 17); and (3) reverse and remand for further proceedings.

Objections to the Report and Recommendation were due on or before December 14, 2020.  Neither party filed objections.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, and the parties' motions and memoranda, as well as the applicable law, the Court finds no clear error in Magistrate Judge Schanzle-Haskins's Report and Recommendation.

It is, therefore, ORDERED:

**(1)   The Report and Recommendation of United States Magistrate Judge Schanzle-Haskins (d/e 18) is ACCEPTED and ADOPTED.**

**(2)   Plaintiff's Motion for Summary Reversal (d/e 11) is GRANTED.**

(3)   Defendant's Motion for Summary Affirmance (d/e 17) is DENIED.

(4)   The decision of the Commissioner is REVERSED and REMANDED pursuant to 42 U.S.C. § 405(g) sentence four.

(5)   THIS CASE IS CLOSED.

ENTER:  December 17, 2020

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
